

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2019

No. 04-17-00223-CV

Maria Lidia **GONZALEZ**, et al.,
Appellants

v.

**ESTATE OF IDELFONSO RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice (not participating)
              Irene Rios, Justice

The plaintiffs-appellants' and intervenors-appellants' motion for rehearing is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court